# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136378(15)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                           SC: 136378
                                                            COA: 283147
                                                            Wayne CC: 02-005687-01
ALEJANDRO TORRIS GARDNER,
        Defendant-Appellant.

_____/

        On order of the Court, the motion for reconsideration of this Court's October 27, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

d0120